UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

MATTHEW A. STEELE,

        Defendant.

24-CR-116 (JLS) (JJM)

---

### ORDER GRANTING THE GOVERNMENT'S MOTION TO CORRECT A CLERICAL ERROR WITHIN THE INDICTMENT'S FORFEITURE ALLEGATION

**WHEREAS**, on August 21, 2024, a federal grand jury returned an Indictment charging Matthew A. Steele with violations of Title 18, United States Code, Sections 2251(a) and 2251(e) (production of child pornography) (Counts 1–5), Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1) (distribution of child pornography) (Counts 6–8), and Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2) (possession of child pornography) (Counts 9–10) (Dkt. 10);

**WHEREAS**, on August 29, 2024, the government moved to correct a clerical error contained within the Indictment's Forfeiture Allegation (Dkt. 16);

**WHEREAS**, the Indictment's Forfeiture Allegation alleged that certain real property was subject to criminal forfeiture and described the real property with the following description:

**REAL PROPERTY:**

a.  The premises and real property with its buildings, improvements, fixtures, attachments, and easements, known as 2160 Bullis Road, Elma, New York 14059; that is, all that tract or parcel of land, situate in the Town of Elma, County of Erie and State of New York and more particularly described in a certain deed dated December 9, **2022** and recorded in Liber Book 11021, of deeds at page 9414, of the Erie County Clerk's Office.

**WHEREAS**, the reference to the deed for the real property being issued in 2022 was a clerical or typographical error because the deed was issued in 2002 and not 2022;

**WHEREAS**, the Forfeiture Allegation of the Indictment's reference to the real property should read as follows:

**REAL PROPERTY:**

a.  The premises and real property with its buildings, improvements, fixtures, attachments, and easements, known as 2160 Bullis Road, Elma, New York 14059; that is, all that tract or parcel of land, situate in the Town of Elma, County of Erie and State of New York and more particularly described in a certain deed dated December 9, **2002** and recorded in Liber Book 11021, of deeds at page 9414, of the Erie County Clerk's Office.

**WHEREAS,** Defendant does not object to correcting the Forfeiture Allegation of the Indictment (*see* Dkt. 16);

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that the government's motion is **GRANTED**; and it is further

**ORDERED**, pursuant to *Russell v. U.S.*, 369 U.S. 749, 770 (1962), the description of the real property included in the Forfeiture Allegation of the Indictment is hereby corrected to reflect that the deed to the real property was issued in <u>2002</u> because it is merely a technical error. *See U.S. v. Miller*, 116 F.3d 641, 669–70 (2d Cir. 1997) ("[T]he correction of merely technical errors, such as typographical or clerical mistakes, is permissible where it does not alter the essential substance of the charging terms.").

**SO ORDERED.**

Dated:   August 30, 2024
        Buffalo, New York

                                      HON. JOHN L. SINATRA, JR.
                                      UNITED STATES DISTRICT JUDGE