UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

          vs.

MATTHEW STEELE,
                    Defendant.
_____

**24-CR-116**
**NOTICE OF MOTION AND MOTION TO EXTEND THE TIME TO FILE PRETRIAL MOTIONS**

     **PLEASE TAKE NOTICE**, that the undersigned, JEREMY D. SCHWARTZ, ESQ., attorney for the defendant upon all the papers and proceedings heretofore had herein, hereby moves for a two week extension of time within which to file pretrial motions.

## AFFIRMATION

     **JEREMY D. SCHWARTZ, ESQ**., an attorney at law, pursuant to 28 U.S.C. §1746(2), declares the following under penalty of perjury:

1)     I represent the defendant, MATTHEW STEELE, in the above entitled action brought by the United States of America and as such am familiar with the facts and circumstances of the case.

2)     The court set a scheduling order for pretrial motion filings whereby pretrial motions are due on October 9, 2025.

3)     The parties are currently engaged in continued plea discussions and there has been insufficient time for Counsel to review all options with the defendant and prepare motions.

4)       Although a formal plea offer has not been approved, the Government has provided Counsel with an estimated guideline's range which is under consideration.

5)       If there is an acceptable plea, then there will be no need for pretrial motions.

6)       Therefore, it is respectfully requested that the Court extend the time to file pretrial motions by two weeks and adjust the scheduling order accordingly.

7)       AUSA Aaron Mango has indicated that she has no objection to the relief requested herein.

8)       It is agreed that any extension granted is excludable under the Speedy Trial Act as well as the Federal Rules of Criminal Procedure.

**WHEREFORE**, it is respectfully requested that the Court extend the time to file pretrial motions by two weeks.

DATED:   Buffalo, New York, October 10, 2024

Respectfully Submitted,

/s/ Jeremy D. Schwartz

JEREMY D. SCHWARTZ, ESQ.
561 Ridge Road
Lackawanna, New York 14218
(716)823-2558 (T)
(716)822-0009 (F)
jschwartz@buffalodefenselaw.com

TO:   AARON MANGO
        Assistant United States Attorney