UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

          vs.

MATTHEW STEELE,
                    Defendant.
_____

**24-CR-116**
**NOTICE OF MOTION AND**
**MOTION TO ADJOURN**

      **PLEASE TAKE NOTICE**, that the undersigned, JEREMY D. SCHWARTZ, ESQ., attorney for the defendant upon all the papers and proceedings heretofore had herein, hereby moves for an adjournment of the plea proceeding scheduled for March 6, 2025 to March 11th, 2025.

## **AFFIRMATION**

      **JEREMY D. SCHWARTZ, ESQ.**, an attorney at law, pursuant to 28 U.S.C. §1746(2), declares the following under penalty of perjury:

1)     I represent the defendant, MATTHEW STEELE, in the above entitled action brought by the United States of America and as such am familiar with the facts and circumstances of the case.

2)     The Court scheduled a change of plea proceeding for March 6, 2025.

3)     Due to a calendaring error, Counsel is unable to appear.

4)     Therefore, it is respectfully requested that the Court adjourn that hearing until March 11, 2025.

5)   It is agreed that any extension granted is excludable under the Speedy Trial Act for continuity of counsel and in the interest of justice as well as the Federal Rules of Criminal Procedure.

**WHEREFORE**, it is respectfully requested that the Court grant the foregoing requested adjournment.

**DATED:**   Buffalo, New York, March 6, 2025

Respectfully Submitted,

/s/ Jeremy D. Schwartz

JEREMY D. SCHWARTZ, ESQ.
561 Ridge Road
Lackawanna, New York 14218
(716)823-2558 (T)
(716)822-0009 (F)
jschwartz@buffalodefenselaw.com

TO:   AARON MANGO
Assistant United States Attorney