IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,                          **NOTICE OF MOTION**

           v.                                        24-cr-116


MATTHEW A. STEELE,

          Defendant.

_____

      PLEASE TAKE NOTICE that upon the annexed declaration of Eric M. Soehnlein,

Esq., Matthew A. Steele respectfully moves the Court for an Order adjourning the

sentencing date set for November 19, 2025 for forty five (45) days and for such other and

further relief as this Court deems just and proper.

      The government indicates that it consents to a thirty (30) day adjournment.

DATED:      November 17, 2025                 _s/ Eric M. Soehnlein_
                                         Eric M. Soehnlein, Esq.
                                         SOEHNLEIN LAW PLLC
                                       350 Main Street
                                       Suite 2100
                                       Buffalo, New York 14202

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,                    **ATTORNEY DECLARATION**

         v.                                      24-cr-116


MATTHEW A. STEELE,

         Defendant.

_____

Eric M. Soehnlein declares the following under penalty of perjury:

1. I am an attorney at law duly licensed to practice in the United States District Court for the Western District of New York.  I am counsel to Matthew A. Steele in the above case.

2. Mr. Steele entered into a plea agreement on April 15, 2025.  The plea agreement contemplates restitution to the victims in connection with sentencing.

3. Mr. Steele wants to do all he can to atone for his wrongs.  In that regard, the parties have agreed that Mr. Steele will sell his home/residence and that the resulting funds will be used for restitution in this case.

4. A contract was recently entered into for a third party to purchase Mr. Steele's home.  The contract contemplates a closing date in mid-December.

5. As the Court can understand, the parties require time to finalize the sale of the property.

6. Moreover, counsel requires time to finalize sentencing advocacy.

7. Accordingly, the defense respectfully requests a forty-five (45) day adjournment of the sentencing date.   This adjournment will allow for the sale of the house and for the completion of sentencing related submissions.

8. The government indicates it consents to thirty (30) day extension.  Undersigned notes that such an extension moves this sentencing hearing into the holiday season and most likely into the week of the Christmas holiday.  Given holiday travel and related issues, undersigned believes the most-prudent time to schedule this sentencing is approximately forty-five (45) days from November 19, putting it into the New Year.

9. We thank the Court for its time and attention.


DATED:       November 17, 2025                        _s/ Eric M. Soehnlein_