IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     v.                                   24-CR-116

MATTHEW W. STEELE,

        Defendant.

## MOTION TO ADJOURN SENTENCING

**PLEASE TAKE NOTICE** that upon the attached Affidavit, the United States of America, by Michael DiGiacomo, United States Attorney for the Western District of New York, and Aaron J. Mango, Assistant United States Attorney, of counsel, hereby moves this Court for an adjournment of sentencing, currently scheduled for January 7, 2026, for approximately 75 days. Eric Soehnlein, Esq., attorney for defendant, consents to this request.

     DATED:     Buffalo, New York, December 30, 2025.

                          MICHAEL DIGIACOMO
                          United States Attorney

           BY:    s/AARON J. MANGO
                   Assistant United States Attorney
                   United States Attorney's Office
                   Western District of New York
                   138 Delaware Avenue
                   Buffalo, New York 14202
                   (716) 843-5882
                   Aaron.Mango@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                          24-CR-116

MATTHEW W. STEELE,

Defendant.

---

**AFFIDAVIT**

STATE OF NEW YORK   )
COUNTY OF ERIE        )        SS:
CITY OF BUFFALO       )

**AARON J. MANGO,** being duly sworn, deposes and states:

1.      I am an Assistant United States Attorney for the Western District of New York assigned to the prosecution of the above-referenced case.  This affidavit is submitted, in support of a 75-day adjournment of the sentencing date, currently scheduled for January 7, 2026.

2.      On December 23, 2025, undersigned counsel received a telephone call from Victim 1, during which the upcoming sentencing was discussed. For several months prior to this phone call, the government had made numerous efforts to contact Victim 1, all without success. During the phone call on December 23, 2025, Victim 1 stated that she wished to submit a victim impact statement and a restitution request for consideration by the Court at sentencing. However, Victim 1 expressed interest in obtaining the assistance of an attorney in formulating her restitution request, and undersigned counsel offered to see if a *pro bono*

attorney could assist in this process. Therefore, so that Victim 1 can have adequate time to submit a victim impact statement and restitution request, and also allow the defendant sufficient time to evaluate and respond to those documents if necessary, the government hereby moves for an adjournment of sentencing for approximately 75 days.

3.      Additionally, as part of the plea agreement, and interlocutory sale agreement, the defendant agreed to sell his residence and provide the proceeds from the sale to the government. As part of the interlocutory sale agreement, the defendant is required to provide the government with full and complete disclosure regarding any potential sale, to include the name and address of the prospective buyer. On December 29, 2025, defense counsel informed undersigned counsel that a sales contract has been entered for the defendant's residence, but to date, the government has not been provided with the name and address of the prospective buyer. Therefore, so that the sale of the defendant's property can proceed as planned for in the interlocutory sale agreement, the government hereby moves for an adjournment of sentencing for approximately 75 days.

4.      Defense counsel consents to this motion and asked that the sentencing be rescheduled to at least the middle of March. Therefore, it is respectfully requested that the Court grant a 75-day adjournment of the date for sentencing.

WHEREFORE, it is respectfully requested that the government be granted a 75-day adjournment of the sentencing date.

DATED:    Buffalo, New York, December 30, 2025.

s/AARON J. MANGO
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5882
Aaron.Mango@usdoj.gov

Subscribed and sworn to before me
this 30th day of December 2025

s/ELLEN KOTSIS
ELLEN KOTSIS
Notary Public State of New York
Commission No. 01KO6360733
Qualified in Erie County
My Commission Expire 06/26/2029

3