IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     v.                                         24-CR-116

MATTHEW W. STEELE,

          Defendant.

## AMENDED MOTION TO ADJOURN SENTENCING AND HOLD STATUS CONFERENCE

**PLEASE TAKE NOTICE** that upon the attached Affidavit, the United States of America, by Michael DiGiacomo, United States Attorney for the Western District of New York, and Aaron J. Mango, Assistant United States Attorney, of counsel, hereby moves this Court for an adjournment of sentencing, currently scheduled for March 31, 2026, at 10:00 a.m., and to instead hold a status conference on that date and time, at which time the parties will provide an update to the Court and ask for a new sentencing date in approximately 30 days. Eric Soehnlein, Esq., attorney for defendant, consents to this request.

DATED:    Buffalo, New York, March 18, 2026.

                                       MICHAEL DIGIACOMO
                                       United States Attorney

           BY:    s/AARON J. MANGO
                    Assistant United States Attorney
                    United States Attorney's Office
                    Western District of New York
                    138 Delaware Avenue
                    Buffalo, New York 14202
                    (716) 843-5882
                    Aaron.Mango@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   v.            24-CR-116

MATTHEW W. STEELE,

    Defendant.

## <u>AFFIDAVIT</u>

STATE OF NEW YORK )
COUNTY OF ERIE   )  SS:
CITY OF BUFFALO  )

 **AARON J. MANGO,** being duly sworn, deposes and states:

 1. I am an Assistant United States Attorney for the Western District of New York assigned to the prosecution of the above-referenced case. This affidavit is submitted, in support of an adjournment of sentencing, currently scheduled for March 31, 2026, and to instead hold a status conference on that date.

 2. On January 5, 2026, I spoke with the Director of the Access to Justice Clinic at the University at Buffalo Law School, who agreed to represent Victim 1 in a *pro bono* capacity for purposes of preparing and submitting a restitution request in this matter. Based on my continued conversations with the UB Law Clinic, I know there have been difficulties with the Clinic getting in communication with Victim 1, but, the restitution process is still moving forward and that they hope to have the restitution request completed by March 27, 2026.

Upon receipt of any restitution request from Victim 1, the government will forward the request to the Court, defense counsel, and the probation officer.

3.      Also in January 2026, the sale of the defendant's residence occurred, and on January 21, 2026, my office received a check with the proceeds from that sale, which will be held pending sentencing.

4.      Separately, the government has been attempting to obtain information relating to the defendant's 401(k) account, which will be relevant for purposes of restitution. Specifically, as part of the presentence investigation, the defendant reported to the probation officer that he has a 401(k) account valued at approximately $500,000, but he could not recall the account provider and was unable to provide the account number. On March 5, 2026, I sent defense counsel an email requesting information about the 401(k) account, and made similar requests on March 11, and March 13, 2026. On March 18, 2026, the government sent defense counsel a letter requesting information about the 401(k) account, which also noted that pursuant to paragraph 32 of the plea agreement, the defendant agreed to fully disclose all assets to the government, to include being examined under oath and submitting to a polygraph examination. Also on March 18, 2026, I communicated with defense counsel who informed me that he was attempting to get a 401(k) account statement from the defendant's family but he has not received it yet. To date, the government has not been provided with the account provider or account number for the defendant's 401(k) account, and the government may need to seek the intervention of the Court to obtain this information.

2

5.      Therefore, so additional time can be provided to obtain the restitution request from Victim 1 and to obtain information related to the defendant's 401(k) account, the parties are seeking to convert the currently scheduled sentencing to a status conference, at which time the parties can provide the Court with an update on these issues and a new sentencing date can be set.

6.      Defense counsel consents to this motion.

WHEREFORE, it is respectfully requested that the sentencing scheduled for March 31, 2026, be converted to a status conference.

DATED      Buffalo, New York, March 18, 2026.

s/AARON J. MANGO
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5882
Aaron.Mango@usdoj.gov

Subscribed and sworn to before me
this 18th day of March 2026

s/ELLEN KOTSIS
ELLEN KOTSIS
Notary Public State of New York
Commission No. 01KO6360733
Qualified in Erie County
My Commission Expire 06/26/2029

3