IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,                        **NOTICE OF MOTION**

      v.                                      24-cr-116

MATTHEW A. STEELE,

       Defendant.

_____

PLEASE TAKE NOTICE that upon the annexed declaration of Eric M. Soehnlein, Esq., Matthew A. Steele respectfully moves the Court for an Order: (1) adjourning the date to file his response to Victim 1's restitution submission by one business day, making the response due on Monday, May 11, 2026; (2) permitting the defense to file its response to Victim 1's restitution request under seal; and (3) for such other and further relief as the Court deems just and proper.

The government consents to this request.

DATED:     May 8, 2026                         __*s/ Eric M. Soehnlein*
                                            Eric M. Soehnlein, Esq.
                                            SOEHNLEIN LAW PLLC
                                            135 Delaware Avenue
                                            Suite 406
                                            Buffalo, New York 14202

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,                    **ATTORNEY DECLARATION**

      v.                                                          24-cr-116


MATTHEW A. STEELE,

      Defendant.

_____

Eric M. Soehnlein declares the following under penalty of perjury:

1. I am an attorney at law duly licensed to practice in the United States District Court for the Western District of New York.  I am counsel to Matthew A. Steele in the above case.

2. Mr. Steele's response to Victim 1's restitution submission is currently due on May 8, 2026.  Mr. Steele wishes to review the defense response before it is submitted to the Court.  Due to counsel's schedule and commitments in other cases, undersigned cannot see Mr. Steele, who is presently incarcerated, until after business hours today.  Accordingly, the defense respectfully requests an extension of one business day to file the defense response.

3. Likewise, due to the nature of the issues in the restitution briefing, the submission necessarily discussed personal, highly private health related information of Victim 1.  The defense believes this information should be sealed

from public view.  The defense requests the ability to file its response to the

restitution request under seal to protect the personal information of Victim 1.

4.  The government consents to this request.

5.  We thank the Court for its time and attention.


DATED:      May 8, 2026                          _s/ Eric M. Soehnlein_